UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
RICHARD BAEZ,
*on behalf of himself, FLSA Collective Plaintiffs
and the Class*,

                Plaintiff,        Case No.: 1:20-cv-01066

    v.                        **[PROPOSED]**
                                          **DEFAULT JUDGMENT**

RCO RESTORATION CORP.,
WILLIAM MOROCHO, and
DARWIN DOE,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

       This action having been commenced on February 7, 2020, by the filing of the Summons and Complaint. Defendants RCO RESTORATION CORP., Darwin Doe, and William Morocho, having not comply with the Court's orders, it is

ORDERED, ADJUDGED AND DECREED:

       That Plaintiff RICHAR BAEZ (s/h/a "Richard Baez"), has judgment against Defendants RCO RESTORATION CORP., Darwin Doe, and William Morocho, for (i) unpaid wages in the amount of $16,328.91, New York State Liquidated damages in the amount of $16,328.91, statutory damages in the amount of $10,000.00, amounting in all to $42,657.82.

       Dated: New York, New York

                                                                      VERNON S. BRODERICK
                                                                      United States District Judge

                                                                This document was entered on the docket on