USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __12/17/2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
:
RICHARD BAEZ,                                           :
:
                     Plaintiff,     :
:     20-cv-1066 (VSB)
     -against-                                       :
:     **ORDER**
RCO RESTORATION CORP., et al.                           :
:
                    Defendants.    :
--------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      In accordance with my comments at the Order to Show Cause hearing on December 16, 2020, it is hereby:

      ORDERED that default judgment is entered as to liability in favor of Plaintiff and against Defendants RCO Restoration Corp. and William Morocho.

      IT IS FURTHER ORDERED that Plaintiff shall submit a letter on or before December 24, 2020, detailing authority related to whether or not I am authorized to enter default judgment against Defendant Darwin Doe, who is sued under an alias and whose last name is not known to Plaintiff.

      I will refer this case for an inquest on damages only after the issue of liability is settled for all defendants.

SO ORDERED.

Dated:  December 17, 2020
         New York, New York

                                              Vernon S. Broderick
                                              United States District Judge