**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
RICHAR BAEZ,

                Plaintiff,                    20 **CIVIL** 1066 (VSB) (JLC)

        -against-                      **DEFAULT JUDGMENT**

RCO RESTORATION CORP. et al,

                Defendants.
-------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 8, 2021, the Report and Recommendation is adopted in its entirety. Plaintiff is awarded a total of $61,287.50 in damages. As Judge Cott correctly noted, "the amount of the judgment should automatically increase if the conditions set forth in [NYLL] § 198(4) are met." (Doc. 50, at 13.); accordingly, this case is closed.

**Dated:**  New York, New York
           September 8, 2021

                                                            **RUBY J. KRAJICK**

                                                            _____
                                                                   Clerk of Court
                                              **BY:**
                                                                   Deputy Clerk