UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
RICHAR BAEZ,                                               :
                            Plaintiff,         :
:
        -against-                                      :         20-cv-1066 (VSB) (JLC)
:
:         **ORDER**
RCO RESTORATION CORP. et al,                               :
:
                      Defendants.    :
:
-----------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

       On May 16, 2023, I entered an order directing Defendant to indicate if it no longer wished to maintain its motion to vacate the default judgment entered against it given the satisfaction of judgment filed by the Plaintiff. (Doc. 69.) To date, no letter has been filed. For clarity, if RCO intends to maintain its motion to vacate in light of the Plaintiff's satisfaction of judgment, it must file a letter stating its intent to do so or I will deny the motion to vacate as abandoned. Defendant should file this letter by June 5, 2023.

SO ORDERED.

Dated:   June 1, 2023
            New York, New York

                                                              Vernon S. Broderick
                                                               United States District Judge