UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
         :
RICHARD BAEZ,         :
         Plaintiff,    :
         :
      -against-    :    20-CV-1066 (VSB)
         :
RCO RESTORATION CORP. *et al.*,    :    **ORDER**
         :
         Defendants.    :
         :
-----------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      In accordance with my comments at the show-cause hearing on April 16, 2024, it is hereby:

      ORDERED that the answer filed by Defendant RCO Restoration Corp. ("RCO"), (Doc. 74), is stricken and default judgment is entered against RCO as to liability.

      IT IS FURTHER ORDERED that, consistent with Judge Cott's unobjected-to Report & Recommendation ("R&R"), dated May 10, 2021, (Doc. 50), and my Order adopting the R&R in full, dated September 8, 2021, (Doc. 54), Baez is awarded a total of $61,287.50 in damages. Consistent with Judge Cott's prior recommendation and my prior order, "the amount of the judgment should automatically increase if the conditions set forth in NYLL § 198(4) are met." (Doc. 54 at 4 (alterations omitted) (quoting Doc. 50 at 13).)

SO ORDERED.

Dated:    April 16, 2024
           New York, New York

                                                        Vernon S. Broderick
                                                        United States District Judge